

## United States District Court
## Eastern District of California

| | |
|---|---|
| UNIT53, INC. | Case Number: 2:25-cv-02591-DAD-CKD |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE |
| PACT CAPITAL, INC., et al. | AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Matthias Kleinsasser, Esq. hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, Unit 53, Inc.

On 11/05/2010 (date), I was admitted to practice and presently in good standing in the State Bar of Texas & Supreme Court of Texas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/09/2025    Signature of Applicant: /s/ Matthias Kleinsasser, Esq.

**Pro Hac Vice Attorney**

Applicant's Name:            Matthias Kleinsasser, Esq.

Law Firm Name:             Winstead PC

Address:                    300 Throckmorton Street, Suite 1700

City:            Fort Worth            State:  Texas        Zip:  76102

Phone Number w/Area Code:  (817) 420-8281

City and State of Residence:  Forth Worth, Texas

Primary E-mail Address:       mkleinsassar@winstead.com

Secondary E-mail Address:     wkay@winstead.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:        Christopher Hughes, Esq.

Law Firm Name:             Nossaman LLP

Address:                    621 Capitol Mall, Suite 2500

City:            Sacramento            State:  CA        Zip:  95814

Phone Number w/Area Code:  (916) 930-7725          Bar #    254864

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: _September 10, 2025_

_Dale A. Drozd_

JUDGE, U.S. DISTRICT COURT