NOSSAMAN LLP
CHRISTOPHER D. HUGHES (SBN 254864)
chughes@nossaman.com
621 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone: 916.442.8888
Facsimile: 916.442.0382

WINSTEAD PC
MATTHIAS KLEINSASSER (*pro hac vice*)
mkleinsasser@winstead.com
300 Throckmorton Street, Suite 1700
Fort Worth, TX 76102
Telephone: 817.420-8281

Attorneys for Plaintiff UNIT 53, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNIT53, INC.,

Plaintiff,

vs.

PACT CAPITAL, INC., a California corporation; Z BLINDS COMPANY, INC., a California corporation; SA9 PROPERTIES, LLC, a California corporation; LEVON ZEKIAN, an individual; and SAM BEHPOOR, an individual,

Defendants

Case No: 2:25-cv-02591- DJC CSK

**ORDER DISMISSING COMPLAINT WITH PREJUDICE**

Complaint Filed: September 9, 2025

**ORDER**

Having considered the stipulation filed by the Parties, and good cause appearing,

IT IS HEREBY ORDERED that the above captioned case is dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement and Release.

Dated: August 24, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE